GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

George S. Trevor, SBN 127875
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**NOTICE OF CONTINUANCE OF HEARING ON MOTION TO DISMISS AND STIPULATION REGARDING BRIEFING AND POSSIBLE MOTION TO REMAND [N.D. Cal. L.R. 7-7(a)]** |

On July 23, 2007, defendant The Nasdaq Stock Market, Inc. (Nasdaq) filed its Motion to Dismiss in the above-captioned case. Nasdaq's Motion to Dismiss was noticed for hearing before this Court on September 7, 2007. At the request of plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and pursuant to the stipulation below and this Court's Local Rule 7-7(a), Nasdaq hereby continues the hearing on its Motion to Dismiss to September 28, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard.

Pursuant to the Notice above, Nasdaq and Opulent Funds, by and through their counsel of record, hereby stipulate as follows:

1. Opulent Funds' Opposition to Nasdaq's Motion to Dismiss, if any, will be filed and served on or before September 7, 2007. Nasdaq's Reply in support of its Motion to Dismiss, if any, will be filed and served on or before September 14, 2007.

2. Opulent Funds is considering filing a Motion to Remand this matter to state court. In the event that Opulent Funds decides to file a Motion to Remand, it will file its Motion to Remand on or before August 10, 2007, and will notice the Motion to Remand to be heard concurrently with the pending Motion to Dismiss on September 28, 2007.

3. If a Motion to Remand is filed, Nasdaq will file and serve its Opposition, if any, on or before September 7, 2007. Opulent Funds will file its Reply in support of its Motion to Remand, if any, on or before September 14, 2007.

DATED: July 27, 2007                    GIBSON, DUNN & CRUTCHER LLP

                                        By: _____/s/_____
                                            Ethan D. Dettmer

                                        Attorneys for Defendant
                                        THE NASDAQ STOCK MARKET, INC.

DATED: July __, 2007                    LAW OFFICE OF GEORGE S. TREVOR

                                        By: _____
                                            George S. Trevor

                                        Attorney for Plaintiffs
                                        OPULENT FUND, L.P. and
                                        OPULENT LITE, L.P.