1       On July 23, 2007, defendant The Nasdaq Stock Market, Inc. (Nasdaq) filed its Motion to

2   Dismiss in the above-captioned case.  Nasdaq's Motion to Dismiss was noticed for hearing before

3   this Court on September 7, 2007.  At the request of plaintiffs Opulent Fund, L.P. and Opulent Lite,

4   L.P. (Opulent Funds), and pursuant to the stipulation below and this Court's Local Rule 7-7(a),

5   Nasdaq hereby continues the hearing on its Motion to Dismiss to September 28, 2007, at 9:00 a.m., or

6   as soon thereafter as the matter may be heard.

7       Pursuant to the Notice above, Nasdaq and Opulent Funds, by and through their counsel of

8   record, hereby stipulate as follows:

9       1.    Opulent Funds' Opposition to Nasdaq's Motion to Dismiss, if any, will be filed and

10  served on or before September 7, 2007.  Nasdaq's Reply in support of its Motion to Dismiss, if any,

11  will be filed and served on or before September 14, 2007.

12      2.    Opulent Funds is considering filing a Motion to Remand this matter to state court.  In

13  the event that Opulent Funds decides to file a Motion to Remand, it will file its Motion to Remand on

14  or before August 10, 2007, and will notice the Motion to Remand to be heard concurrently with the

15  pending Motion to Dismiss on September 28, 2007.

16      3.    If a Motion to Remand is filed, Nasdaq will file and serve its Opposition, if any, on or

17  before September 7, 2007.  Opulent Funds will file its Reply in support of its Motion to Remand, if

18  any, on or before September 14, 2007.

19  DATED: July __, 2007         GIBSON, DUNN & CRUTCHER LLP

20

21            By: _____

22                Ethan D. Dettmer

23           Attorneys for Defendant
            THE NASDAQ STOCK MARKET, INC.

24  DATED: July 27, 2007       LAW OFFICE OF GEORGE S. TREVOR

25

26            By: _____

27                George S. Trevor
         Attorney for Plaintiffs

28           OPULENT FUND, L.P. and
         OPULENT LITE, L.P.

NOTICE OF CONTINUANCE AND STIPULATION REGARDING BRIEFING    Case No. C 07 3683 RMW