1

George S. Trevor (127875)
LAW OFFICE OF GEORGE S. TREVOR

2

300 Tamal Plaza, Suite 180
Corte Madera, California 94925

3

Telephone: (415) 924-7147
Facsimile:  (415) 924-7159

4

Attorney for Plaintiffs

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

10

11

OPULENT FUND, L.P., a Delaware limited
partnership and OPULENT LITE, L.P., a
Delaware limited partnership,

Case No.: C 07-3683 RMW

12

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO REMAND
TO THE SUPERIOR COURT FOR THE
STATE OF CALIFORNIA**

13

Plaintiffs,

14

v.

15

THE NASDAQ STOCK MARKET, INC., a
Delaware Corporation, and DOES ONE through
TEN, inclusive

Date:        September 28, 2007
Time:       9:00 a.m.
Place:       Courtroom of the
                 Hon. Ronald M. Whyte

16

17

Defendants.

18

19

20

        Plaintiffs' Motion to Remand for Lack of Subject Matter Jurisdiction came on for

21

hearing on September 28, 2007.  Having considered all papers filed in support of and in

22

opposition to Plaintiffs' motion, the argument of counsel, and good cause appearing, the Court

23

ORDERS as follows:

24

        1.        Plaintiffs' Motion to Remand is GRANTED.

25

        2.        The case is ordered remanded pursuant to 28 U.S.C. §1447(c) to the Santa

26

Clara Superior Court.

27

        3.        Plaintiffs' request for an award of fees and costs reasonably incurred as

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

1    result of Defendants' removal of this case also is granted.  On or before _____, 2007,

2    Plaintiffs shall submit a detailed memorandum to the Court setting forth the fees and costs

3    incurred as result of the removal of this case.  Defendants may file a reply to Plaintiffs'

4    memorandum no later than ten (10) days following the filing of Plaintiffs' fees and costs

5    memorandum.  The Court retains jurisdiction over this case to the extent necessary to enter and

6    enforce an award of fees and costs.

7            IT IS SO ORDERED.

8

9    Dated:  _____          _____

10                                 Ronald M. Whyte
                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND