Submitted By:
George S. Trevor (127875)
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No.: C 07-3683 RMW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Date:     September 28, 2007<br>Time:    9:00 a.m.<br>Place:    Courtroom of the<br>             Hon. Ronald M. Whyte |

Defendant's Motion to Dismiss came on for hearing on September 28, 2007. Having considered all papers filed in support of and in opposition to Defendant's motion, the argument of counsel, and good cause appearing, the Court ORDERS as follows: Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: _____          _____
                                               Ronald M. Whyte
                                               United States District Judge

CASE NO: C 07-3683 RMW

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS