GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for
THE NASDAQ STOCK MARKET, INC.

THOMAS P. MORAN
Associate General Counsel
THE NASDAQ STOCK MARKET, INC.
9600 Blackwell Road, 3rd Floor
Rockville, Maryland 20850

Of Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>STATEMENT OF RECENT DECISIONS |

Defendant The Nasdaq Stock Market, Inc. ("Nasdaq") respectfully submits this Statement of Recent Decisions pursuant to this Court's Local Rule 7-3(d):

After Nasdaq's Opposition to Plaintiffs' Motion to Remand and its Reply in Support of its Motion to Dismiss were filed, the United States Court of Appeals for the Second Circuit issued an opinion in *In re: NYSE Specialists Securities Litigation*, No. 06-1038 (2nd Cir. Sept. 18, 2007). The Second Circuit affirmed the district court's dismissal of claims brought against the New York Stock Exchange based on principles of absolute immunity. On the same day, the Eleventh Circuit issued an

opinion in *Weissman v. NASD, Inc.*, No. 04-13575 (11th Cir. Sept. 18, 2007) (en banc). The *en banc* Court affirmed the district court's decision denying a motion to dismiss certain claims brought against the NASD and Nasdaq based on absolute immunity grounds. It also reinstated a portion of the original panel's decision reversing the district court's denial of absolute immunity with respect to other claims. Slip op. at 5 n.3.

True and correct copies of the foregoing decisions are attached hereto for the convenience of the Court.

DATED:  September 20, 2007

Respectfully submitted.

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
        Ethan D. Dettmer

Attorneys for The Nasdaq Stock Market, Inc.