UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*__**

CIVIL MINUTES

DATE: September 28, 2007

Case No. C-07-03683-RMW    JUDGE: Ronald M. Whyte

OPULENT FUND, L.P., et al.    -v- THE NASDAQ STOCK MARKET, INC.
Title

| Appeared | Appeared |
|---|---|
| Attorneys Present | Attorneys Present |

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and the Court's tentative ruling is to deny the motion to remand as claims necessarily involve a federal component. Motion to dismiss is granted (immunity.) The Court ordered the delay of initial disclosures. The Court to send out a final ruling to the parties. The matter is deemed submitted.