GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

George S. Trevor, SBN 127875
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING FILING OF RESPONSIVE PLEADING AND SCHEDULING OF CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER THEREON [N.D. Cal. L.R. 6-2]** |

On October 12, 2007, the Court entered an order denying the motion to remand filed in this case by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying the motion to dismiss filed by defendant The Nasdaq Stock Market, Inc. (Nasdaq). On October 16, 2007, the Court issued a notice that the case management conference in this matter would be set for November 9, 2007, at 10:30 a.m.

As set forth in the concurrently-filed Declaration of Ethan D. Dettmer (Dettmer Declaration), Nasdaq respectfully requests an extension of its deadline to respond to Opulent Funds' Complaint in this matter, and Opulent Funds does not oppose this request. Nasdaq requests that its response date be extended to and including November 15, 2007.

As is also set forth in the Dettmer Declaration, Opulent Funds' counsel of record is scheduled to be out of state on November 9, 2007, the current date for the case management conference in this matter, and therefore requests that the case management conference be rescheduled for November 16, 2007 at 10:30 a.m. Nasdaq does not oppose this request.

Pursuant to their agreement and the attached Dettmer Declaration, Nasdaq and Opulent Funds, by and through their counsel of record, hereby stipulate as follows:

1. Nasdaq's response to Opulent Funds' complaint in this matter will be filed and served on or before November 15, 2007.

2. In light of the unavailability of counsel, the case management conference in this matter is rescheduled from November 9, 2007 at 10:30 a.m. to November 16, 2007 at 10:30 a.m.

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: October 23, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
　　　Ethan D. Dettmer

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

DATED: October 23, 2007

LAW OFFICE OF GEORGE S. TREVOR

By: _____
　　　George S. Trevor

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October __, 2007

_____
Honorable Ronald M. Whyte
United States District Judge