1 GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
2 AMANDA M. ROSE, SBN 222074
One Montgomery Street
3 San Francisco, California 94104
Telephone: (415) 393-8200
4 Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>          Defendant. | CASE NO. C 07 3683 RMW<br><br>**DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING FILING OF RESPONSIVE PLEADING AND SCHEDULING OF CASE MANAGEMENT CONFERENCE [N.D. Cal. L.R. 6-2]** |

Gibson, Dunn & Crutcher LLP

DETTMER DECLARATION REGARDING REQUEST FOR ORDER CHANGING TIME
Case No. C 07 3683 RMW

I, Ethan D. Dettmer, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before the courts of the State of California, and a member of the Bar of this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in this matter for The Nasdaq Stock Market, Inc. (Nasdaq). I make this declaration from personal knowledge.

2. The Court entered an order in this case on October 12, 2007, denying the motion to remand filed by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying Nasdaq's motion to dismiss. Nasdaq's response to Opulent Funds' complaint is currently due on October 26, 2007. Nasdaq is currently preparing its response to the complaint but needs more time in order to appropriately answer the allegations in the complaint.

3. On October 22, 2007, I spoke with George S. Trevor, counsel for Opulent Funds in this matter, to discuss this matter with him. During that conversation, we discussed extending Nasdaq's time to respond to and including November 15, 2007, and Mr. Trevor indicated that Opulent Funds does not object to this requested extension of time.

4. During the same conversation, Mr. Trevor and I discussed an earlier voice mail message that he had left me, in which he indicated that he would be traveling out of the state on November 9, 2007, during the currently-scheduled case management conference, and requested that the date be moved to November 16, 2007, at 10:30 a.m. I indicated to Mr. Trevor that Nasdaq had no objection to this requested change.

5. On July 27, 2007, I filed a notice continuing the hearing on the motion to dismiss that I filed on behalf of Nasdaq. Mr. Trevor and I had agreed that I would continue that hearing so that Nasdaq's motion to dismiss could be heard concurrently with Opulent Funds' motion to remand.

6. The requested extensions of time, should they be granted by the Court, will have very little effect on the schedule for the case, as the requested extensions are very short and there is no case management schedule currently set in this case.

//

//

//

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed this 24th day of October, 2007, at San Francisco, California.

/s/<br>
Ethan D. Dettmer