1  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
2  AMANDA M. ROSE, SBN 222074
   One Montgomery Street
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5309
   Email: edettmer@gibsondunn.com
5
   Attorneys for Defendant
6  THE NASDAQ STOCK MARKET, INC.

7  George S. Trevor, SBN 127875
   LAW OFFICES OF GEORGE S. TREVOR
8  300 Tamal Plaza, Suite 180
   Corte Madera, California 94925
9  Telephone: (415) 924-7147
   Facsimile: (415) 924-7159
10 Email: gtrevor@trevorlaw.com

11 Attorney for Plaintiffs
   OPULENT FUND, L.P. and
12 OPULENT LITE, L.P.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

***E-FILED - 10/26/07***

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING FILING OF RESPONSIVE PLEADING AND SCHEDULING OF CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER THEREON [N.D. Cal. L.R. 6-2]** |

On October 12, 2007, the Court entered an order denying the motion to remand filed in this case by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying the motion to dismiss filed by defendant The Nasdaq Stock Market, Inc. (Nasdaq). On October 16, 2007, the Court issued a notice that the case management conference in this matter would be set for November 9, 2007, at 10:30 a.m.

As set forth in the concurrently-filed Declaration of Ethan D. Dettmer (Dettmer Declaration), Nasdaq respectfully requests an extension of its deadline to respond to Opulent Funds' Complaint in this matter, and Opulent Funds does not oppose this request. Nasdaq requests that its response date be extended to and including November 15, 2007.

As is also set forth in the Dettmer Declaration, Opulent Funds' counsel of record is scheduled to be out of state on November 9, 2007, the current date for the case management conference in this matter, and therefore requests that the case management conference be rescheduled for November 16, 2007 at 10:30 a.m. Nasdaq does not oppose this request.

Pursuant to their agreement and the attached Dettmer Declaration, Nasdaq and Opulent Funds, by and through their counsel of record, hereby stipulate as follows:

1.  Nasdaq's response to Opulent Funds' complaint in this matter will be filed and served on or before November 15, 2007.

2.  In light of the unavailability of counsel, the case management conference in this matter is rescheduled from November 9, 2007 at 10:30 a.m. to November 30, 2007 at 10:30 a.m.

///
///
///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

2  DATED: October 23, 2007                    GIBSON, DUNN & CRUTCHER LLP

3

4                                             By: _____/s/_____
                                                     Ethan D. Dettmer
5
                                              Attorneys for Defendant
6                                             THE NASDAQ STOCK MARKET, INC.

7  DATED: October 23, 2007                    LAW OFFICE OF GEORGE S. TREVOR

8

9                                             By: _____
                                                     George S. Trevor
10
                                              Attorney for Plaintiffs
11                                            OPULENT FUND, L.P. and
                                              OPULENT LITE, L.P.
12

13

14    PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  DATED: October 26, 2007

17                                            _____*Ronald M. Whyte*_____
                                              Honorable Ronald M. Whyte
18                                            United States District Judge