GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

George S. Trevor, SBN 127875
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING FILING OF RESPONSIVE PLEADING AND [PROPOSED] ORDER THEREON**<br>**[N.D. Cal. L.R. 6-2]** |

Gibson, Dunn &
Crutcher LLP

1        On October 12, 2007, the Court entered an order denying the motion to remand filed in this

2    case by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying the

3    motion to dismiss filed by defendant The Nasdaq Stock Market, Inc. (Nasdaq).  On October 16, 2007,

4    the Court issued a notice that the case management conference in this matter would be set for

5    November 9, 2007, at 10:30 a.m.

6        On October 23, 2007, Nasdaq filed a stipulation requesting an extension of the time in which

7    to file its response to Opulent Funds' complaint to November 15, 2007, and requesting that the case

8    management conference in this matter be rescheduled to November 16, 2007, due to the

9    unavailability of counsel.  On October 26, 2007, the Court granted Nasdaq's stipulated request, set

10    Nasdaq's response date to November 15, 2007 and rescheduled the case management conference for

11    November 30, 2007 at 10:30 a.m.

12        As set forth in the concurrently-filed Declaration of Ethan D. Dettmer (Dettmer Declaration),

13    Nasdaq respectfully requests a further extension of its deadline to respond to Opulent Funds'

14    complaint in this matter, and Opulent Funds does not oppose this request.  Nasdaq requests that its

15    response date be extended to and including November 28, 2007.

16        Pursuant to their agreement and the attached Dettmer Declaration, Nasdaq and Opulent

17    Funds, by and through their counsel of record, hereby stipulate that Nasdaq's response to Opulent

18    Funds' complaint in this matter will be filed and served on or before November 28, 2007.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1   IT IS SO STIPULATED.

2   DATED:  October 31, 2007            GIBSON, DUNN & CRUTCHER LLP

3

4                                       By: _____/s/_____
                                            Ethan D. Dettmer
5
                                        Attorneys for Defendant
6                                       THE NASDAQ STOCK MARKET, INC.

7   DATED: October 31, 2007             LAW OFFICE OF GEORGE S. TREVOR

8
                                        By: _____
9                                           George S. Trevor

10                                      Attorney for Plaintiffs
11                                      OPULENT FUND, L.P. and
                                        OPULENT LITE, L.P.
12

13

14      PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  DATED:  October __, 2007

17                                      _____
18                                          Honorable Ronald M. Whyte
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

                                        2

STIPULATED REQUEST FOR ORDER CHANGING TIME          Case No. C 07 3683 RMW