GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING FILING OF RESPONSIVE PLEADING**<br>**[N.D. Cal. L.R. 6-2]** |

I, Ethan D. Dettmer, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before the courts of the State of California, and a member of the Bar of this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in this matter for The Nasdaq Stock Market, Inc. (Nasdaq). I make this declaration from personal knowledge.

2. The Court entered an Order in this case on October 12, 2007, denying the motion to remand filed by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying Nasdaq's motion to dismiss.

3. On October 23, 2007, Nasdaq filed a stipulation requesting an extension of the time in which to file its response to Opulent Funds' complaint and requesting that the case management conference in this matter be rescheduled due to the unavailability of counsel. Counsel for Opulent Funds, George S. Trevor, indicated to me that he did not object to an extension of time to respond, so long as the response was filed prior to the case management conference.

4. On October 26, 2007, the Court granted Nasdaq's stipulation and rescheduled the case management conference for November 30, 2007, at 10:30 a.m.

5. Nasdaq's response to Opulent Funds' complaint is currently due on November 15, 2007. Nasdaq is currently preparing its response to the complaint but needs more time in order to appropriately answer the allegations in the complaint.

6. On October 31, 2007, I communicated with George S. Trevor, counsel for Opulent Funds, regarding this matter I requested an extension of time regarding Nasdaq's time to respond to the complaint to and including November 28, 2007, and Mr. Trevor indicated that Opulent Funds does not object to this requested extension of time.

7. On July 27, 2007, I filed a notice continuing the hearing on the motion to dismiss that I filed on behalf of Nasdaq. Mr. Trevor and I had agreed that I would continue that hearing so that Nasdaq's motion to dismiss could be heard concurrently with Opulent Funds' motion to remand.

8. The requested extension of time, should it be granted by the Court, will have very little effect on the schedule for the case, as the requested extension is very short and provides for Nasdaq's filing of its responsive pleading prior to the case management conference currently set in this case.

1  //

2        I declare under penalty of perjury that the foregoing is true and correct, and that this

3  declaration was executed this 31st day of October, 2007, at San Francisco, California.

<pre>
                                                        /s/
                                              ─────────────────────────
                                                    Ethan D. Dettmer
</pre>