GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

George S. Trevor, SBN 127875
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/7/07*

OPULENT FUND, L.P., a Delaware limited
partnership and OPULENT LITE, L.P., a
Delaware limited partnership,

                    Plaintiffs,

        v.

THE NASDAQ STOCK MARKET, INC.,
a Delaware Corporation,

                    Defendant.

CASE NO. C 07 3683 RMW

**STIPULATED REQUEST FOR ORDER
CHANGING TIME REGARDING FILING
OF RESPONSIVE PLEADING AND
[xxxxxxxxxxxxx] ORDER THEREON**
[N.D. Cal. L.R. 6-2]

1   On October 12, 2007, the Court entered an order denying the motion to remand filed in this

2   case by plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and also denying the

3   motion to dismiss filed by defendant The Nasdaq Stock Market, Inc. (Nasdaq).  On October 16, 2007,

4   the Court issued a notice that the case management conference in this matter would be set for

5   November 9, 2007, at 10:30 a.m.

6   On October 23, 2007, Nasdaq filed a stipulation requesting an extension of the time in which

7   to file its response to Opulent Funds' complaint to November 15, 2007, and requesting that the case

8   management conference in this matter be rescheduled to November 16, 2007, due to the

9   unavailability of counsel.  On October 26, 2007, the Court granted Nasdaq's stipulated request, set

10  Nasdaq's response date to November 15, 2007 and rescheduled the case management conference for

11  November 30, 2007 at 10:30 a.m.

12  As set forth in the concurrently-filed Declaration of Ethan D. Dettmer (Dettmer Declaration),

13  Nasdaq respectfully requests a further extension of its deadline to respond to Opulent Funds'

14  complaint in this matter, and Opulent Funds does not oppose this request.  Nasdaq requests that its

15  response date be extended to and including November 28, 2007.

16  Pursuant to their agreement and the attached Dettmer Declaration, Nasdaq and Opulent

17  Funds, by and through their counsel of record, hereby stipulate that Nasdaq's response to Opulent

18  Funds' complaint in this matter will be filed and served on or before November 28, 2007.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Gibson, Dunn &
Crutcher LLP

1

STIPULATED REQUEST FOR ORDER CHANGING TIME          Case No. C 07 3683 RMW

1   IT IS SO STIPULATED.

2   DATED:  October 31, 2007                    GIBSON, DUNN & CRUTCHER LLP

3

4                                               By:  _____/s/_____

                                                         Ethan D. Dettmer

5
    Attorneys for Defendant
6   THE NASDAQ STOCK MARKET, INC.

7   DATED:  October 31, 2007                    LAW OFFICE OF GEORGE S. TREVOR

8

9                                               By:  _____

                                                         George S. Trevor
10
    Attorney for Plaintiffs
11  OPULENT FUND, L.P. and
    OPULENT LITE, L.P.
12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15
                   11/7
16  DATED:  XXXXXXXX, 2007

17                                              _____
                                                Honorable Ronald M. Whyte
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

                                     2