GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for
THE NASDAQ STOCK MARKET, INC.

THOMAS P. MORAN
Associate General Counsel
THE NASDAQ STOCK MARKET, INC.
9600 Blackwell Road, 3rd Floor
Rockville, Maryland 20850

Of Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

The Court hereby GRANTS the The Nasdaq Stock Market, Inc.'s (Nasdaq's) motion for leave to file a motion for reconsideration, pursuant to Federal Rule of Civil Procedure 54(b) and this Court's Civil Local Rule 7-9, of that portion of this Court's October 12, 2007 Order Denying Plaintiffs' Motion for Remand and Denying Defendant's Motion to Dismiss that denied Nasdaq's motion to dismiss plaintiffs' complaint (Order).

Nasdaq's motion for leave shall be deemed its moving papers seeking reconsideration. Plaintiffs shall file an opposition on or before _____. Nasdaq shall file a

1 reply on or before _____. Hearing on Nasdaq's motion shall be set for
2 _____. All other dates set in this matter are hereby vacated until a decision
3 on Nasdaq's motion is issued.
4     IT IS SO ORDERED.

5
6 DATED: _____.

7
8                                            Honorable Ronald M. Whyte
                                           United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28