NOV-28-2007 17:54 From:NASDAQ         3019788471         To:714153748444         Page:2/2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Opulent Fund, L.P. and
Opulent Lite, L.P.
        Plaintiff(s),

v.

The Nasdaq Stock Market, Inc.

        Defendant(s).

Case No. C-07-3683 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/28/2007

[Party] Thomas Moran for Nasdaq.

Dated: 11-28-07

[Counsel] Ethan Dettmer

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05