**E-FILED on** __11/29/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | No. C-07-03683 RMW<br><br>ORDER DENYING NASDAQ'S MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 22]** |

Nasdaq requests leave to seek reconsideration of the court's order denying Nasdaq's motion to dismiss, entered on October 12, 2007. *See* Docket No. 15. Nasdaq argues that the court's order relies heavily on *Weissman v. Nat'l Ass'n of Sec. Dealers, Inc.*, __ F.3d __, 2007 WL: 2701308 (11th Cir. 2007) (en banc), but that Nasdaq did not have the opportunity to brief the case because of when the Eleventh Circuit's opinion came out. The opinion was submitted to the court by counsel and extensively argued at the hearing held on September 28, 2007. Additional briefing is unnecessary. Accordingly, the motion for leave to seek reconsideration is denied.

DATED:    __11/28/07__                              *Ronald M Whyte*
                                                                     RONALD M. WHYTE
                                                                     United States District Judge

ORDER DENYING NASDAQ'S MOTION FOR RECONSIDERATION— C-07-03683 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  George Schieffeli Trevor     gtrevor@trevorlaw.com

4  **Counsel for Defendant:**

5  Ethan D. Dettmer     edettmer@gibsondunn.com
   Amanda Marie Rose     arose@gibsondunn.com

6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9  **Dated:**     11/29/07        TSF
                                                      **Chambers of Judge Whyte**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28