UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 30, 2007

Case No. C-07-03683-RMW        JUDGE: Ronald M. Whyte

OPULENT FUND                       -v- THE NASDAQ STOCK MARKET
Title

Appeared                                            Appeared
Attorneys Present                                   Attorneys Present

COURT CLERK: Jackie Garcia             COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held.  The parties advised the Court that they will exchange initial focused discovery.  After reviewing the documents, the parties are to meet and confer to narrow the matters at issue or resolve the case.  The Court set a Further Case Management Conference for 2/8/08 @ 10:30 AM.