IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT FUND, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC.,<br><br>Defendant. | *E-FILED - 1/29/08*<br><br>CASE NO.: C-07-03683-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for February 8, 2008, has been continued to **February 15, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a revised Joint Case Management Statement by February 8, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: January 29, 2008

*Jackie Lynn Ga——* (signature)

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28