GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
AMANDA M. ROSE, SBN 222074
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

George S. Trevor, SBN 127875
LAW OFFICES OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile: (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs
OPULENT FUND, L.P. and
OPULENT LITE, L.P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON [N.D. Cal. L.R. 6-2]** |

The Court held a case management conference in this matter on November 30, 2007. The Court issued a scheduling order setting the next case management conference for February 8, 2008, which was subsequently rescheduled by the Court for February 15, 2008.

Plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and defendant The Nasdaq Stock Market, Inc. (Nasdaq) informed the Court at the November 30, 2007 case management conference that they are exchanging documents and meeting and conferring in an effort to narrow the matters at issue in this case. The parties have not completed this process, but anticipate completing it by the end of February, 2008. The parties believe that the next case management conference would be substantially more productive if they have completed their efforts to narrow the matters at issue.

Based on the foregoing, and the concurrently-filed Declaration of Ethan D. Dettmer, Nasdaq and Opulent Funds, by and through their counsel of record, hereby stipulate and request as follows:

1. That the Court continue the currently-scheduled February 15, 2008 case management conference to March 7, 2008, at 10:30 a.m.

IT IS SO STIPULATED.

DATED: February 4, 2008    GIBSON, DUNN & CRUTCHER LLP

By: /s/
Ethan D. Dettmer

Attorneys for Defendant
THE NASDAQ STOCK MARKET, INC.

DATED: February 4, 2008    LAW OFFICE OF GEORGE S. TREVOR

By: /s/
George S. Trevor

Attorney for Plaintiffs
OPULENT FUND, L.P. and OPULENT LITE, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February __, 2008

Honorable Ronald M. Whyte
United States District Judge