1  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
2  AMANDA M. ROSE, SBN 222074
   One Montgomery Street
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5309
   Email: edettmer@gibsondunn.com
5

   Attorneys for Defendant
6  THE NASDAQ STOCK MARKET, INC.

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07 3683 RMW<br><br>**DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br>**[N.D. Cal. L.R. 6-2]** |

---

DETTMER DECLARATION REGARDING REQUEST FOR ORDER CHANGING TIME
                                                    Case No. C 07 3683 RMW

I, Ethan D. Dettmer, declare and state as follows:

1.  I am an attorney at law, duly licensed to practice before the courts of the State of California, and a member of the Bar of this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in this matter for The Nasdaq Stock Market, Inc. (Nasdaq). I make this declaration from personal knowledge.

2.  The Court held a case management conference in this matter on November 30, 2007. At that conference, I and George Trevor, counsel for plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), advised the Court that we were working with one another and our clients to exchange documents and schedule meetings between our clients in an effort to narrow the matters at issue in this case. That process is currently ongoing, and we anticipate that it should be completed by the end of February, 2008.

3.  I have communicated with Mr. Trevor regarding the case management conference currently scheduled in this matter for February 15, 2008, and we are in agreement that the next case management conference in this matter would be substantially more productive if it occurred following the completion of our efforts to narrow the matters at issue in this case. Based on this agreement, we determined that we would request that the Court continue the February 15, 2008 case management conference to March 7, 2008.

4.  The following time modifications have occurred in this case: a) On July 27, 2007, I filed a notice continuing the hearing on the motion to dismiss that I filed on behalf of Nasdaq. Mr. Trevor and I had agreed that I would continue that hearing so that Nasdaq's motion to dismiss could be heard concurrently with Opulent Funds' motion to remand. b) On October 24, 2007, I filed a Stipulation Requesting an Order Changing Time re Responsive Pleading and Case Management Conference, which the Court entered as an Order on October 26, 2007. The Court's Order continued the initial Case Management Conference to November 30, 2007. c) On November 1, 2007, I filed a Stipulation and Request for Order Changing Time Regarding Filing of Responsive Pleading, which the Court entered as an Order on November 7, 2007, continuing Nasdaq's time to file a responsive pleading to November 28, 2007. d) On January 29, 2008, the Court entered a minute Order *sua*

1  *sponte*, continuing the scheduled case management conference from February 8, 2008 to February 15,
2  2008.

3      5.    The requested continuation of the currently-scheduled Case Management Conference,
4  should it be granted by the Court, will have no effect on the schedule for the case.  Indeed, the
5  requested continuance should be more efficient for both the Court and the parties than going forward
6  on the current schedule, as the continuance will facilitate the parties' efforts to narrow the matters at
7  issue in the case.

8      I declare under penalty of perjury that the foregoing is true and correct, and that this
9  declaration was executed this 4th day of February, 2008, at San Francisco, California.

                            /s/
                          Ethan D. Dettmer

Gibson, Dunn & Crutcher LLP

2

DETTMER DECLARATION REGARDING REQUEST FOR ORDER CHANGING TIME
Case No. C 07 3683 RMW