1  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
2  AMANDA M. ROSE, SBN 222074
   One Montgomery Street
3  San Francisco, California 94104
   Telephone:  (415) 393-8200
4  Facsimile:  (415) 986-5309
   Email:  edettmer@gibsondunn.com
5
   Attorneys for Defendant
6  THE NASDAQ STOCK MARKET, INC.

7  George S. Trevor, SBN 127875
   LAW OFFICES OF GEORGE S. TREVOR
8  300 Tamal Plaza, Suite 180
   Corte Madera, California  94925
9  Telephone:  (415) 924-7147
   Facsimile:  (415) 924-7159
10 Email:  gtrevor@trevorlaw.com

*E-FILED - 2/6/08*

11 Attorney for Plaintiffs
   OPULENT FUND, L.P. and
12 OPULENT LITE, L.P.

13              UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 | OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership, | CASE NO. C 07 3683 RMW |

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND [] ORDER THEREON**
**[N.D. Cal. L.R. 6-2]**

                Plaintiffs,

         v.

   THE NASDAQ STOCK MARKET, INC.,
   a Delaware Corporation,

                Defendant.

1  The Court held a case management conference in this matter on November 30, 2007. The
2  Court issued a scheduling order setting the next case management conference for February 8, 2008,
3  which was subsequently rescheduled by the Court for February 15, 2008.

4  Plaintiffs Opulent Fund, L.P. and Opulent Lite, L.P. (Opulent Funds), and defendant The
5  Nasdaq Stock Market, Inc. (Nasdaq) informed the Court at the November 30, 2007 case management
6  conference that they are exchanging documents and meeting and conferring in an effort to narrow the
7  matters at issue in this case. The parties have not completed this process, but anticipate completing it
8  by the end of February, 2008. The parties believe that the next case management conference would
9  be substantially more productive if they have completed their efforts to narrow the matters at issue.

10  Based on the foregoing, and the concurrently-filed Declaration of Ethan D. Dettmer, Nasdaq
11  and Opulent Funds, by and through their counsel of record, hereby stipulate and request as follows:

12  1.  That the Court continue the currently-scheduled February 15, 2008 case management
13  conference to March 14, 2008, at 10:30 a.m.

14  IT IS SO STIPULATED.

DATED:  February 4, 2008        GIBSON, DUNN & CRUTCHER LLP

                                By: _____/s/_____
                                        Ethan D. Dettmer

                                Attorneys for Defendant
                                THE NASDAQ STOCK MARKET, INC.

DATED:  February 4, 2008        LAW OFFICE OF GEORGE S. TREVOR

                                By: _____/s/_____
                                        George S. Trevor

                                Attorney for Plaintiffs
                                OPULENT FUND, L.P. and OPULENT LITE, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 6, 2008

                                _____*Ronald M. Whyte*_____
                                Honorable Ronald M. Whyte
                                United States District Judge