1  George S. Trevor (SBN 127875)
   LAW OFFICES OF GEORGE S. TREVOR
2  300 Tamal Plaza, Suite 180
   Corte Madera, California 94925
3  Telephone: (415) 924-7147
   Facsimile:  (415) 924-7159
4  Email: gtrevor@trevorlaw.com

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No.: C 07-3683 RMW<br><br>**DECLARATION OF GEORGE S. TREVOR IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING  CASE MANAGEMENT CONFERENCE**<br><br>Date:      March 14, 2008<br>Time:     10:30 a.m.<br>Place:     Courtroom of the<br>               Hon. Ronald M. Whyte |

I, George S. Trevor, declare as follows:

1.  I am attorney at law admitted to practice in the Northern District of California.  I am counsel of record for plaintiffs in the above captioned action.  The matters stated herein are true of my own personal knowledge and, if called to testify thereto, I could and would competently do so.

2.  The parties as of the date of this declaration continue to engage in informal discovery and discussions regarding the key factual issue presented in this action: whether the

value of the Nasdaq 100 Index was incorrectly calculated on the morning of May 19, 2006.  The parties have exchanged documents relating to that issue and conducted a telephonic conference on March 6, 2008 between counsel and representatives of plaintiffs and defendant.  That telephonic conference was in preparation for an in person meeting of the parties and their counsel set for April 2, 2008 in San Francisco.  Based upon my conversation with counsel and the representative of defendant The Nasdaq Stock Market, Inc., I believe the parties have and will continue to make progress on an early resolution of this matter.  The parties and their counsel's meeting set for April 2, 2008 is for the purpose of attempting to reach a final agreement, if possible, on the factual predicate of plaintiffs' claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of March, 2008 at Corte Madera, California.

LAW OFFICES OF GEORGE S. TREVOR

By:  /s/ *George S. Trevor*
     George S. Trevor

Attorney for Plaintiffs