| | |
|---|---|
| 1 | George S. Trevor (SBN 127875) |
| 2 | LAW OFFICES OF GEORGE S. TREVOR |
|   | 300 Tamal Plaza, Suite 180 |
| 3 | Corte Madera, California 94925 |
|   | Telephone: (415) 924-7147 |
| 4 | Facsimile:  (415) 924-7159 |
|   | Email: gtrevor@trevorlaw.com |
| 5 | Attorney for Plaintiffs |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | Ethan D. Dettmer (SBN 196046) |
|   | Amanda M. Rose (SBN 222074) |
| 8 | One Montgomery Street |
|   | San Francisco, CA 94104 |
| 9 | Telephone: (415) 393-8200 |
|   | Facsimile: (415) 986-5309 |
| 10 | Email: edettmer@gibsondunn.com |
| 11 | Attorneys for Defendant |
|   | THE NASDAQ STOCK MARKET, INC. |

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No.: C 07-3683 RMW<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING  CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date:     March 14, 2008<br>Time:    10:30 a.m.<br>Place:    Courtroom of the<br>             Hon. Ronald M. Whyte |

   The parties continue to engage in informal discovery and discussions regarding the key factual issue presented in this action: whether the value of the Nasdaq 100 Index was incorrectly calculated on the morning of May 19, 2006.  The parties have exchanged documents

CASE NO: C 07-3683 RMW

**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

and conducted a telephonic conference on March 6, 2008 between counsel and representatives of plaintiffs and defendant.  That telephonic conference was in preparation for an in person meeting of the parties and their counsel set for April 2, 2008 in San Francisco.  The parties believe they have and will continue to make progress on an early resolution of this matter.  However, until the April 2, 2008 meeting is conducted the parties will be unable to report to the Court whether further dates, including the setting of a trial date, are necessary.

Thus, the parties jointly request that the Case Management Conference currently set for March 14, 2008 be continued until April 25, 2008 at 10:30 a.m.  At that time, assuming the parties have not been able to resolve this matter, they will be prepared to discuss with the Court the schedule to be set.  The parties will file with the Court on or before April 18, 2008 a joint Further Case Management Statement with a proposed schedule to be discussed at the Case Management Conference if that conference is necessary on April 25, 2008.  The Declaration of George S. Trevor attesting to the above facts is submitted herewith in support of this Stipulation.

Dated:  March 6, 2008          LAW OFFICES OF GEORGE S. TREVOR

By:    /s/ *George S. Trevor*
       George S. Trevor

Attorney for Plaintiffs

Dated:  March 6, 2008          GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Ethan D. Dettmer
       Ethan D. Dettmer

Attorneys for Defendant The Nasdaq Stock Market, Inc.

1 | **[] ORDER**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 | Dated: 3/13/08             *Ronald M. Whyte*
          Ronald M. Whyte
6         United States District Judge