George S. Trevor (127875)
LAW OFFICE OF GEORGE S. TREVOR
300 Tamal Plaza, Suite 180
Corte Madera, California 94925
Telephone: (415) 924-7147
Facsimile:  (415) 924-7159
Email: gtrevor@trevorlaw.com

Attorney for Plaintiffs

Ethan D. Dettmer (196046)
Amanda M. Rose (222074)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for Defendant The Nasdaq Stock Market, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership, <br><br> Plaintiffs, <br><br> v. <br><br> THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive <br><br> Defendants. | Case No.: C 07-3683 RMW <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: April 25, 2008 <br> Time: 10:30 a.m. <br> Place: Courtroom of the Hon. Ronald M. Whyte |

CASE NO: C 07-3683 RMW

**JOINT CASE MANAGEMENT STATEMENT**

The parties, after conducting discovery as to certain factual issues relating to Plaintiffs' claims, have reached a settlement agreement whereby this action will be dismissed with prejudice. The written agreement is being finalized by counsel and the parties expect that the agreement will be executed within the next week to ten days. That agreement provides that upon the agreement being executed by all parties Plaintiffs will fill a request for dismissal with prejudice within three (3) business days.

In light of this agreement the parties request that the Case Management Conference set for April 25, 2008 be cancelled.

Respectfully submitted,

Dated: April 18, 2008        LAW OFFICES OF GEORGE S. TREVOR

By:    /s/ *George S. Trevor*
       George S. Trevor

Attorney for Plaintiffs

Dated: April 18, 2008        GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Ethan D. Dettmer
       Ethan D. Dettmer

Attorneys for Defendant

- 1 -                                             CASE NO: C 07-3683 RMW
**JOINT CASE MANAGEMENT STATEMENT**