1  George S. Trevor (SBN 127875)
   LAW OFFICES OF GEORGE S. TREVOR
2  300 Tamal Plaza, Suite 180
   Corte Madera, California 94925
3  Telephone: (415) 924-7147
   Facsimile:  (415) 924-7159
4  Email: gtrevor@trevorlaw.com

5  Attorney for Plaintiffs

6  GIBSON, DUNN & CRUTCHER LLP
   Ethan D. Dettmer (SBN 196046)
7  Amanda M. Rose (SBN 222074)
   One Montgomery Street
8  San Francisco, CA 94104
   Telephone: (415) 393-8200
9  Facsimile: (415) 986-5309
   Email: edettmer@gibsondunn.com
10
   Attorneys for Defendant
11 THE NASDAQ STOCK MARKET, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No.: C 07-3683 RMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) all parties to this action hereby stipulate to the dismissal of this entire action with prejudice.  The parties agree that they are each to bear their own costs.

CASE NO: C 07-3683 RMW
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Dated:  April 30, 2008          LAW OFFICES OF GEORGE S. TREVOR

                                                 By:    /s/ *George S. Trevor*
                                                                George S. Trevor

Attorney for Plaintiffs

Dated:  April 30, 2008          GIBSON, DUNN & CRUTCHER LLP

                                                 By:    /s/ Ethan D. Dettmer
                                                               Ethan D. Dettmer

Attorneys for Defendant The Nasdaq Stock Market, Inc.

### [Proposed] ORDER

PURSUANT TO STIPULATION OF ALL PARTIES, this entire action is dismissed with prejudice, with each party to bear its own costs.  IT IS SO ORDERED.

Dated:  _____          _____
                                               Ronald M. Whyte
                                               United States District Judge