| | |
|---|---|
| 1 | George S. Trevor (SBN 127875) |
| 2 | LAW OFFICES OF GEORGE S. TREVOR<br>300 Tamal Plaza, Suite 180 |
| 3 | Corte Madera, California 94925<br>Telephone: (415) 924-7147 |
| 4 | Facsimile:  (415) 924-7159<br>Email: gtrevor@trevorlaw.com |
| 5 | Attorney for Plaintiffs |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | Ethan D. Dettmer (SBN 196046)<br>Amanda M. Rose (SBN 222074) |
| 8 | One Montgomery Street<br>San Francisco, CA 94104 |
| 9 | Telephone: (415) 393-8200<br>Facsimile: (415) 986-5309 |
| 10 | Email: edettmer@gibsondunn.com |
| 11 | Attorneys for Defendant<br>THE NASDAQ STOCK MARKET, INC. |

***E-FILED - 4/30/08***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| OPULENT FUND, L.P., a Delaware limited partnership and OPULENT LITE, L.P., a Delaware limited partnership,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE NASDAQ STOCK MARKET, INC., a Delaware Corporation, and DOES ONE through TEN, inclusive<br><br>        Defendants. | Case No.: C 07-3683 RMW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER** |

     Pursuant to Federal Rule of Civil Procedure 41(a)(1) all parties to this action hereby stipulate to the dismissal of this entire action with prejudice.  The parties agree that they are each to bear their own costs.

CASE NO: C 07-3683 RMW

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER**

Dated: April 30, 2008                LAW OFFICES OF GEORGE S. TREVOR

                                     By:    /s/ *George S. Trevor*
                                            George S. Trevor

                                     Attorney for Plaintiffs

Dated: April 30, 2008                GIBSON, DUNN & CRUTCHER LLP

                                     By:    /s/ Ethan D. Dettmer
                                            Ethan D. Dettmer

                                     Attorneys for Defendant The Nasdaq Stock Market, Inc.

### [] ORDER

PURSUANT TO STIPULATION OF ALL PARTIES, this entire action is dismissed with prejudice, with each party to bear its own costs. IT IS SO ORDERED.

Dated: 4/30/08                       *Ronald M. Whyte*
                                     Ronald M. Whyte
                                     United States District Judge